IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 31, 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ARETHA CROSSON, individually and as the representative of a class of similarly situated persons,

    Plaintiff,

– against –

CAPE CLOGS, INC.,

    Defendants.

---

ECF Case

1:18-cv-4541-KAM-RML

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Aretha Crosson and Cape Clogs, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

ACTIVE\53784909.v1

So Ordered: /S/ USDJ KIYO A. MATSUMOTO
Kiyo A. Matsumoto
U.S. District Judge

Dated: Brooklyn, New York
January 30, 2019

| SHAKED LAW GROUP, P.C. | LAW OFFICES OF MITCHELL S. SEGAL, PC |
|---|---|
| By: _____ <br> Dan Shaked, Esq. <br><br> 44 Court Street, Suite 1217 <br> Brooklyn, New York 11201 <br><br> Telephone: (917) 373-9128 <br><br> Email: shakedlawgroup@gmail.com <br> *Attorneys for Plaintiff* | By: _____ <br> Mitchell Segal, Esq. <br> 1010 Northern Blvd., Suite 208 <br> Great Neck, NY 11021 <br> Telephone: (516) 415-0100 <br> Email: msegal@segallegal.com <br> *Attorneys for Defendant* |

**SO ORDERED:** _____

ACTIVE\53784909.v1